IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARGARET POPE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. L-00-3573 |
| | ) | |
| v. | ) | |
| | ) | |
| RITE AID CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a)(1) agree to the dismissal of this action, with prejudice, with each party agreeing to bear its own costs, including attorneys' fees.

Respectfully submitted,

_____          _____
Stephen D. Shawe                                        Morton Edelstein
SHAWE & ROSENTHAL, LLP                     110 St. Paul Street, Suite 402
Sun Life Building                                         Baltimore, MD 21202
20 S. Charles Street                                    (410) 685-0770
Baltimore, MD 21201
(410) 752-1040                                           COUNSEL FOR PLAINTIFF

COUNSEL FOR DEFENDANT          Date: 1-25-01

Date: 1/31/01

SHAWE
&
ROSENTHAL, LLP
BALTIMORE, MD

APPROVED THIS 7TH DAY OF February, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.